UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE A. TORRENCE,<br><br>    Petitioner,<br><br>v.<br><br>GIGI MATTESON,<br><br>    Respondent. | Case No. 22-cv-01699-VC<br><br>**ORDER OF DISMISSAL** |

Willie A. Torrence filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Dkt. No. 1. The court dismissed the petition with leave to amend, granting Torrence 30 days to file an amended petition or face dismissal without prejudice. Dkt. No. 8. Torrence subsequently filed a motion for an extension of time, and the court granted Torrence an additional 60 days to file an amended petition. The additional 60 days has passed, and Torrence has not filed an amended habeas petition with the court. This case is therefore DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: March 9, 2023

VINCE CHHABRIA
United States District Judge